BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE AND FIRE RETIREE PREFUNDED GROUP HEALTH & INSURANCE TRUST V CITY OF PONTIAC, No. 151717; reported below: 309 Mich App 590. The parties shall file supplemental briefs within 42 days of the date of this order addressing the meaning and applicability of the language "to continue to make contributions" in the Emergency Manager's August 1, 2012 order No. 225. The parties should not submit mere restatements of their applications papers.

*Leave to Appeal Denied September 30, 2015:*

STEPHENS V WORDEN INSURANCE AGENCY, LLC, Nos. 150476 and 150513; Court of Appeals No. 314700.

RICHARD V COMPASSIONATE CARE HOME HEALTH SERVICES, INC, No. 150637; Court of Appeals No. 311767.

*In re* PORTUS, No. 150753; Court of Appeals No. 309197.

*In re* ATTORNEY FEES OF UJLAKY, No. 150888; Court of Appeals No. 316809.

PEOPLE V OLRICH, Nos. 150975 and 150976; Court of Appeals Nos. 324580 and 324581. The application is denied without prejudice to the defendant pursuing, through a motion for relief from judgment under MCR subchapter 6.500, his challenge to the circuit court's imposition of consecutive sentences for his pleas, which he failed to timely raise with the circuit court. See MCR 6.429(B)(3). The motion for peremptory reversal and the motion for appeal bond are denied.

PANTALL GALLUP, LLC V ALNOURI and EXPRESS OIL CO V PANTALL GALLUP, LLC, Nos. 151018 and 151019; Court of Appeals Nos. 314852 and 314855.

PEOPLE V ZUGARO, No. 151027; Court of Appeals No. 319335.

WEST MICHIGAN FILM LLC V METZ, No. 151205; Court of Appeals No. 319119.

PEOPLE V WILLIAM WHITE, No. 151349; Court of Appeals No. 325215.

*In re* WATTERS/JORDAN, No. 152202; Court of Appeals No. 326418.

*In re* MOTTWEILER, Nos. 152208 and 152209; Court of Appeals Nos. 325278 and 325279.